AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*    DISTRICT OF   NEVADA

L. SEVILLE PARKS,

    Plaintiff,    JUDGMENT IN A CIVIL CASE

V.

    CASE NUMBER: **3:06-CV-00602-RLH-LRL**

ROBERT CHAMBLISS, et al.,

    Defendants.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this matter be, and is hereby dismissed without prejudice, in its entirety, for failure to comply with Order, Document #30.

  April 21, 2008      **LANCE S. WILSON**
    Clerk

    /s/ Katie Lynn Ogden
    Deputy Clerk